# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BECK,<br><br>         Plaintiff,<br><br>    v.<br><br>M. PALLARES, et.al.,<br><br>         Defendants. | Case No.: 1:20-cv-00760-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 5] |

Plaintiff Sherry Beck is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 2, 2020, the Court ordered Plaintiff to submit a complete and signed application to proceed in forma pauperis or pay the $400.00 filing fee within thirty days.  (ECF No. 5.)  More than thirty days have passed, and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed.  Plaintiff is warned that the failure to comply with this order will result in a recommendation to a district judge that the action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   __July 14, 2020__

_____
UNITED STATES MAGISTRATE JUDGE