UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BECK,<br><br>          Plaintiff,<br><br>   v.<br><br>M. PALLARES, et.al.,<br><br>          Defendants. | No.: 1:20-cv-00760-NONE-SAB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE</u><br><br>(Doc. No. 9) |

Plaintiff Sherry Beck is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 1, 2020. On June 2, 2020, the court directed plaintiff to submit a signed application to proceed in forma pauperis or pay the $400.00 filing fee within thirty days. (Doc. No. 5.) Plaintiff failed to comply with the court's order. Therefore, on July 14, 2020, the court ordered plaintiff to show cause within fourteen days why the action should not be dismissed. (Doc. No. 6.) Plaintiff did not file a response to the order to show cause, and plaintiff was warned that dismissal would occur if he failed to obey the order. (*Id.*)

Therefore, on August 7, 2020, the magistrate judge issued findings and recommendations recommending the action be dismissed for failure to comply with a court order and for failure to prosecute. (Doc. No. 9.) The findings and recommendations were served on plaintiff and contained

1

notice that objections were due within fourteen days. (*Id.*) No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 7, 2020 (Doc. No. 9), are adopted in full; and
2. This action is dismissed, without prejudice, for failure to comply with a court order and for failure to prosecute.

IT IS SO ORDERED.

Dated: **August 31, 2020**

_____
UNITED STATES DISTRICT JUDGE